# Court of Appeals
# of the State of Georgia

ATLANTA,  March 28, 2023

*The Court of Appeals hereby passes the following order:*

## A23E0041.  SOLOMON A. JONES v. GEORGIA DEPARTMENT OF LABOR et al.

The plaintiff in the underlying suit, Solomon A. Jones, proceeding pro se, has filed an emergency motion pursuant to Court of Appeals Rule 40 (b), challenging the State Court of Fulton County's order[1] transferring his case to the Superior Court of Fulton County.[2]

Under Court of Appeals Rule 40 (b), we may issue emergency orders to "preserve jurisdiction of an appeal or to prevent the contested issue from becoming moot." Our power to issue emergency orders "shall be exercised sparingly." Court of Appeals Rule 40 (b). We have reviewed the limited materials submitted in connection with this motion, and find that Jones has failed to establish that the exercise of our

---

[1] The state court filed the transfer order on March 2, 2023, and then entered an amended order on March 10, 2023, waiving any costs related to the transfer.

[2] In his instant motion, Jones explains that "[t]his Emergency Motion was filed as a result of the trial court not issuing a Certificate of Immediate Review" following the entry of the transfer order. However, the denial of a certificate of immediate review is not subject to direct appeal. See *Price v. State*, 237 Ga. 352, 352 (2) (227 SE2d 368) (1976) ("The denial of a certificate for interlocutory appeal is not reviewable, because the trial judge's interlocutory ruling can be reviewed upon the appeal of a final judgment."). Thus, this Court does not have jurisdiction over an appeal from same. Id.

emergency powers is merited. We thus decline to exercise our limited powers under Rule 40 (b) in this case. The emergency motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/28/2023

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*